# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

W.T. PAINE                                                                                                                PLAINTIFF

v.                                   No. 2:07CV00124 JLH

JEFFERSON NATIONAL LIFE
INSURANCE COMPANY f/k/a CONSECO
VARIABLE LIFE INSURANCE COMPANY;
and PROTECTIVE LIFE INSURANCE COMPANY                 DEFENDANTS

## ORDER

Scott H. Tucker of the law firm of Friday, Eldredge & Clark, local counsel of record for Jefferson National Life Insurance Company, f/k/a Conseco Variable Life Insurance Company, has filed a motion for admission *pro hac vice* of Christian W. Hancock of the law firm of Burr & Forman LLP. The motion is GRANTED. Document #9. Mr. Hancock is hereby admitted to appear before this Court *pro hac vice* as co-counsel for Jefferson National Life Insurance Company in this action.

IT IS SO ORDERED this 5th day of October, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE